# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY & CA)
Jonathan R. Miller, Associate (Admitted in NY, MO & NC)

26 Broadway, 21st Floor
New York, NY 10004
Phone: (212) 248-7906
Fax:   (212) 248-7908

November 10, 2015

<u>Via ECF & By Hand</u>
Honorable Katherine B. Forrest, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Clarke v. Hudson Valley Federal Credit Union*, 14-CV-5291(KBF)

Dear Judge Forrest:

My office, together with co-counsel, represents Plaintiff Patrick Clarke in the above-referenced case against Defendant Hudson Valley Federal Credit Union, brought under the Servicemembers Civil Relief Act, 50 U.S.C. App. § 501, *et seq.*

I am enclosing two copies of each of the documents for which Plaintiff is requesting permission to file under seal: <u>Exhibit E</u> and <u>Exhibit G</u> to the Declaration in Opposition of Vildan Teske (ECF# 84). (Plaintiff's Motion to File under Seal can be found at ECF# 85.)

Respectfully,

*/s/ Brian L. Bromberg*

Brian L. Bromberg

cc:   All Attorneys of Record (Via ECF)