

**LITCHFIELD CAVO** LLP
Attorneys at Law

WRITER'S ADDRESS:
420 Lexington Avenue
Suite 2104
New York, NY 10170
212-434-0102
212-434-0105 (fax)

**Daniel T. Hughes**
Email: hughes@litchfieldcavo.com

December 1, 2015

<u>Via ECF</u>

Hon. Katherine B. Forrest
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Patrick Clarke, v. Hudson Valley Federal Credit Union**
Case No.:  14-CV-05291-VB

Dear Judge Forrest:

We represent the defendant, Hudson Valley Federal Credit Union ("HVFCU") in this matter and write in response to plaintiff's correspondence of yesterday, November 30, 2015.

We agree with plaintiff's counsel that Your Honor re-open the case and that the dismissal be withdrawn.

However, we disagree that the issues of attorneys' fees and costs be referred to Magistrate Judge Davidson for a settlement conference. We believe that the most expedient and efficient method to resolve what promises to be a contentious issue is for plaintiff to prepare a fee petition and that a schedule be set forth accordingly.

Respectfully submitted,

*Daniel Hughes*
Daniel T. Hughes

DTH:jwp
cc:
Vildan A. Teske
Crowder Teske Katz & Micko, PLLP
222 South Ninth Street, Suite 3210
Minneapolis, MN 55402
Email:  *teske@teskemicko.com*

Chicago ● Hartford ● Boston ● New York ● New Jersey ● Pittsburgh ● Philadelphia ● Houston
Los Angeles ● Fort Lauderdale ● Tampa ● Wisconsin ● West Virginia ● Salt Lake City

www.litchfieldcavo.com

**LITCHFIELD CAVO LLP**
Attorneys at Law

December 1, 2015
Page 2

Brian L. Bromberg
Bromberg Law Office, PC
26 Broadway, 21st Floor
New York, NY 10004
Email:  brian@bromberglawoffice.com

Brian O. Dolan
Kaufman & Canoles, P.C.
One City Center
11815 Fountain Way, Suite 400
Newport News, VA 23606
Email:  bodolan@kaufcan.com